IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICK D. HOLLINS                                                                                       PLAINTIFF

V.                                              Civil No. 11-cv-4080

SHERIFF RON STOVALL                                                                           DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed January 24, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Bryant has reviewed Defendant's Motion to Dismiss (ECF No. 15) and recommends granting the motion because Plaintiff has failed to comply with three court orders and failed to prosecute his case. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Defendant's motion (ECF No. 15) should be and hereby is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 20th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge